USDC SCAN INDEX SHEET

















AV1 8/9/99 12:02

3:99-M -01990 USA V. BLANCO

*1*

*CRCMP.*

OK BCM

FILED
99 AUG -6 PM 12:04
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'99 mg 1990

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.________ |
| v. | COMPLAINT FOR VIOLATION OF |
| LUIS MENDEZ BLANCO | U.S.C. Title 18 |
| Defendant. | Section 1073 |

The undersigned complainant being duly sworn states:

That on or about April 29, 1998, at San Diego, California, within the Southern District of California, defendant LUIS MENDEZ BLANCO did knowingly and willfully move and travel in interstate commerce with the intent to avoid prosecution under the laws of the State of California for the felony crime of Vehicular Manslaughter Without Gross Negligence in violation of California Penal Code, Section 192(c)(3); Driving Under The Influence Of Alcohol Or Drugs Causing Injury in violation of Vehicle Code Section 23153 (a); and Driving With A Measurable Blood Alcohol in violation of Vehicle Code Section 23153 (b); all in violation of Title 18, United States Code, Section 1073.

And the complainant further states that this complaint is based on the attached affidavit which is incorporated herein by reference.

[signature]
DANIEL W. KOLOS
Special Agent, FBI

SWORN AND SUBSCRIBED TO before me this 6th day of August, 1999

HON. JOHN A. HOUSTON
United States Magistrate Judge



'99 MJ 1990

UNITED STATED DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AFFIDAVIT

I, Daniel W. Kolos, being duly sworn, depose and say:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the San Diego, California office. I currently investigate Title 18 U.S.C. 1073 (Unlawful Flight to Avoid Prosecution) violations.

2. This affidavit is made in support of a complaint charging Luis Mendez Blanco, a Hispanic male, date of birth June 21, 1971, with Unlawful Flight to Avoid Prosecution a violation of Title 18, U.S.C., Section 1073.

3. On June 23, 1999, Robert L. Locke, Assistant Chief, Complaints and Extraditions Division, Office of the District Attorney, San Diego, California, requested the assistance of the FBI in locating and apprehending Luis Mendez Blanco. Locke advised that on May 6, 1998, a Complaint was filed in the Municipal Court of California, County of San Diego, North County Judicial District, which charged Blanco with the crimes of Vehicular Manslaughter Without Gross Negligence in violation of California Penal Code, Section 192(c)(3); Driving Under Influence of Alcohol or Drugs Causing Injury in violation of Vehicle Code Section 23153(a); and Driving with a Measurable Blood Alcohol in violation of Vehicle code Section 23153(b).

4. Robert L. Locke informed the affiant that on April 10, 1998, Luis Mendez Blanco was the driver of a

vehicle which went into a spin on a roadway, crossing into a ditch and shearing off a power pole. Blanco was pinned in his vehicle. His only passenger, Gloria Compos-Peral, was killed due to massive injuries. Blanco's blood alcohol level was tested to be 0.15. Following the accident, Blanco was placed under arrest and hospitalized for his injuries. Prior to being placed in physical custody by the California Highway Patrol, Blanco left the hospital. On April 29, 1998, a felony arrest warrant was issued for Luis Mendez Blanco, with bail set at $100,000.00. Attempts by the California Highway Patrol to locate and arrest Blanco at known residential addresses in Stockton, California, and Escondido, California, were unsuccessful. On a San Diego County Sheriff's Department booking and property record dated April 10, 1998, and signed by Blanco, Blanco's citizenship is listed as Mexican. On a fingerprint identification card dated April 11, 1998, Blanco's citizenship is also stated as Mexican.

5. On July 21, 1999, a confidential source who is in a position to know Blanco was interviewed by affiant to determine if a local address or contact information existed for Blanco. The confidential source had no local or out of state address for Blanco. The confidential source informed the affiant that Blanco is involved with smuggling illegal aliens from Mexico into the United States, and that Blanco often provides false identification to those he smuggles to facilitate their movement and to gain access to social services. The confidential source believes that Blanco may have changed his own identity in an effort to avoid arrest



1999

when in the United States. The confidential source was provided with the telephone number of affiant and asked to report any future contact with Blanco.

6. Due to the evidence that Blanco is a citizen of Mexico, and has knowledge of his crime in the United States, it is the belief of the affiant that Blanco has willfully and unlawfully fled the State of California to Mexico, to avoid prosecution, in violation of the Fugitive Felon Act, Title 18, United States Code, Section 1073.

7. Blanco is described as follows:

| | |
|---|---|
| Name: | Luis Mendez Blanco |
| Date of Birth: | June 21, 1971 |
| Place of Birth: | Mexico |
| Race: | Hispanic |
| Sex: | Male |
| Hair: | Black |
| Eyes: | Brown |
| Height: | 5'7" |
| Weight: | 160 pounds |
| Social Security #: | none known |
| Drivers License #: | (CA) A5151889 |

DANIEL W. KOLOS
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me this 6th day of August, 1999.

HON. JOHN A. HOUSTON
United Stated Magistrate Judge



1999

**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

LUIS MENDEZ BLANCO

## WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Luis Mendez Blanco
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information X Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful Flight to Avoid Prosecution

in violation of Title 18 United States Code, Section(s) 1073

JOHN A. HOUSTON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

8-6-99 San Diego CA
Date and Location

(By) Deputy Clerk

SEAL

**Bail Fixed at $ 100,000.00** by
**Name of Judicial Officer**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |