LAURA E. DUFFY
United States Attorney
RENEE GREEN
Special Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6775
Email: Renee.Green@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 99-MJ-01990-BGS |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO |
| v. | ) DISMISS COMPLAINT AND |
|  | ) RECALL ARREST WARRANT |
| LUIS MENDEZ BLANCO, | ) |
| Defendant. | ) |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and Renee Green, Special Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, without prejudice, the Complaint and recall the Arrest Warrant, in the above-entitled case for the following reasons:

(1) The Complaint was filed seventeen (17) years ago and prosecution is not viable due to the passage of time; and (2) in the interest of justice and the sound conservation of prosecutorial resources.

DATED: September 2, 2016.

                Respectfully submitted,
                LAURA E. DUFFY
                United States Attorney

                *s/ Renee Green*
                RENEE GREEN
                Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 99-MJ-01990-BGS |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| LUIS MENDEZ BLANCO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Renee Green, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Motion to Dismiss Complaint and recall Arrest Warrant on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 2, 2016.

*s/ Renee Green*
RENEE GREEN
Special Assistant U.S. Attorney